

FILED

NOV 1 9 2020

Mark C. McCarn, Clerk
U.S. DISTRICT COURT

**UNITED STATES DISTRICT COURT**

**NORTHERN DISTRICT OF OKLAHOMA**

1) NEW DOMINION, LLC,

     Plaintiff,

     vs.

1) H&P INVESTMENTS, LLC

     Defendant.

**20 CV - 59 2 JED - CDL**

Case No. 20-cv-

JURY TRIAL DEMANDED

## NOTICE OF REMOVAL OF ACTION

TO:    THE UNITED STATES DISTRICT COURT FOR THE NORTHERN DISTRICT OF
OKLAHOMA; THE DISTRICT COURT OF TULSA COUNTY OF THE STATE OF
OKLAHOMA; AND NEW DOMINION, LLC, PLAINTIFF:

**PLEASE TAKE NOTICE** that, pursuant to 28 U.S.C. §§ 1441 and 1446, Defendant

H&P Investments, LLC ("H&P") hereby removes this matter from District Court of Tulsa

County of the State of Oklahoma, to the United States District Court for the Northern District of

Oklahoma.

1.    The United States District Court for the Northern District of Oklahoma has

original jurisdiction over this matter pursuant to 28 U.S.C § 1332. This action is removable

pursuant to 28 U.S.C. § 1441, as it is a civil action between citizens of different states and the

amount in controversy exceeds the sum of $75,000.00, exclusive of interest and costs.

2.    This action is removable to this Court, as this Court is the district embracing the

place where the state court action is pending. 28 U.S.C. § 1441(a).

3.    On October 21, 2020, an action was commenced in the District Court of Tulsa

County of the State of Oklahoma captioned *New Dominion, LLC, v. H&P Investments, LLC*,

Case No. CJ-2020-3216 ("State Court Action"). In accordance with 28 U.S.C. § 1446(a) and

Fees Pd

LCvR81.2 a copy of the original State Court Petition is attached as Exhibit A, and a copy of the docket sheet and all other filings in the State Court Action are attached as Exhibit B.

4.      The District Court for Tulsa County, Oklahoma is located within the United States District for the Northern District of Oklahoma.   Accordingly, venue is proper in the Northern District of Oklahoma pursuant to 28 U.S.C. § 1446(a).

5.      Plaintiff New Dominion, LLC ("NDL") alleges in its Petition that it is an Oklahoma limited liability company with its principal place of business in Oklahoma. [Ex. A, Pet. ¶1]. NDL's members are (a) the David J. Charnicky Trust dated February 7, 2005, a citizen of Oklahoma; and (b) Chernico Exploration, Inc., a citizen of Oklahoma. [*See* NDL Disclosure Statement Identifying Constituents of NDL, Dkt. No. 17, filed Case No. CIV-17-703-D, in the United States District Court for the Western District of Oklahoma, attached hereto as Exhibit C].

6.      Defendant H&P Investments, LLC is a Delaware limited liability company with its principal place of business in Birmingham, Alabama. H&P Investments, LLC's members are (a) W. Cobb Hazelrig, an individual and citizen of Alabama; (b) Robert L. Pike, an individual and citizen of Florida; (c) J. Keith Hazelrig, an individual and citizen of Alabama; (d) Linda Barstein, an individual and citizen of Alabama; and (e) William Shelton Pritchard, III, an individual and citizen of Alabama.

7.      Accordingly, complete diversity of citizenship exists between Plaintiff and Defendant pursuant to 28 U.S.C. § 1332(a)(2).

8.      In the State Court Action, Plaintiff NDL seeks a declaratory judgment regarding whether it is proper for NDL as operator of certain oil and gas and saltwater disposal wells, in which H&P participates as a working interest owner, to charge H&P certain costs and expenses under the parties' participation and joint operating agreements. [Ex. A, Pet. at ¶¶ 6-10].

9.     Specifically H&P disputes monthly costs and expenses charged by NDL for fees under the Production Revenue Standards Act ("PRSA"), earthquake legal charges, charges by NDL affiliated entities for equipment transportation and pumper and/or labor costs, saltwater disposal costs, overhead on inactive wells and incorrect severance taxes. These disputes form the basis for the declaratory judgment sought by NDL in the State Court Action. [Ex. A, Petition, ¶¶9-10].

10.     In its Petition, NDL states that it is not seeking money damages and asks the court to find that NDL's charges to H&P are valid. [Ex. A, Pet., ¶13 & Prayer for Relief]. According, to H&P's accounting records, NDL has over charged H&P an amount exceeding $75,000.00, exclusive of interest and costs. For example, the PRSA fees which NDL improperly charged H&P, for 2019 alone, exceed $75,000.00, exclusive of interest and costs.   Thus, the amount in controversy is in excess of the amount required for diversity jurisdiction, pursuant to 28 U.S.C. § 1332.

11.     NDL served its Petition upon H&P on October 30, 2020.  Therefore this Notice of Removal of Action is filed within thirty days of H&P's receipt of the initial pleading in accordance with 28 U.S.C. §1446(b).

12.     Pursuant to 28 U.S.C. § 1446(d), a copy of this Notice of Removal of Action is being served on all parties to the action, and filed with the Clerk of the District Court of Tulsa County of the State of Oklahoma.

WHEREFORE, Defendant H&P Investments, LLC hereby gives notice that the above-referenced action pending against it in the District Court of Tulsa County of the State of Oklahoma, has been removed to this Court.

November 19, 2020

Respectfully Submitted,

Kayci Bair Hughes, OBA #18399
CROWE & DUNLEVY
A Professional Corporation
500 Kennedy Building
321 South Boston Avenue
Tulsa, Oklahoma 74103
(918) 592-9800
(918) 592-9801 (Facsimile)
kayci.hughes@crowedunlevy.com

-and-

L. Mark Walker, OBA #10508
Micah Adkison, OBA # 33107
CROWE & DUNLEVY
A Professional Corporation
Braniff Building
324 N. Robinson Ave., Suite 100
Oklahoma City, Oklahoma 73102
(405) 235-7700
(405) 239-6651 (Facsimile)
mark.walker@crowedunlevy.com
micah.adkison@crowedunlevy.com
*Attorneys for Defendant H&P Investments, LLC*

## CERTIFICATE OF SERVICE

I hereby certify that on this 19th day of November, 2020, a copy of this Notice of Removal was filed in the United States District court for the Northern District of Oklahoma and that a true and correct copy of said Notice of Removal was served by mailing, postage prepaid, to the following attorneys of record:

Stephen Q. Peters
BAUM GLASS JAYNE CARWILE &
PETERS
Mid-Continent Tower
401 S. Boston Avenue, Suite 2000
Tulsa, Oklahoma 74103
SPeters@bcjclaw.com
*Attorney for Plaintiff New Dominion, LLC*

and further that a copy of said Notice of Removal was delivered to the Tulsa County Court Clerk for filing, on the 19th day of November, 2020.

Kayci Bair Hughes

*1047996480*

# IN THE DISTRICT COURT OF TULSA COUNTY
## STATE OF OKLAHOMA

**CJ-2020-03216**
Caroline Wall

NEW DOMINION, LLC,

        Plaintiff,

v.

H&P INVESTMENTS, LLC,

        Defendant.

Case No.

DISTRICT COURT
**F I L E D**
OCT 2 1 2020
DON NEWBERRY, Court Clerk
STATE OF OKLA TULSA COUNTY

## PETITION

Plaintiff, New Dominion, LLC, ("NDL"), for its Petition against Defendant H&P Investments, LLC ("H&P"), states the following:

### PARTIES, JURISDICTION AND VENUE

1.    NDL is an Oklahoma limited liability company with its principal place of business in Tulsa, Oklahoma.

2.    H&P is a Delaware limited liability company with its principal place of business in Birmingham, Alabama.

3.    This Court has jurisdiction over the parties and subject matter of this action.

4.    The agreements in dispute all have provisions that venue and jurisdiction shall be in Tulsa County, Oklahoma or the Northern District of Oklahoma.

5.    Venue and jurisdiction are proper in Tulsa County, State of Oklahoma.

### FACTS

6.    NDL and H&P are parties or successors in interest to parties to various agreements including inter alia.

    a.    Golden Loan Participation Agreement;

    b.    The Paden Project Participation Agreement;

1

**EXHIBIT A**

    c.     Boomtown Participation Agreement;

    d.     Amended and Restated Eight East Project Participation Agreement; and

    e.     Joint Operating Agreement dated August 12, 2011.

7.     Each of these agreements cover the drilling and operation of oil and gas and saltwater disposal wells in certain defined geographic areas. NDL is designated the operator of all the wells and H&P is a non-operating working interest owner in the wells subject to the agreements.

8.     As operator, NDL bills H&P monthly for expenses incurred for operation of the wells.

9.     H&P now disputes, in writing, certain charges made by NDL to wells, which charges are expressly allowed by the agreements or Oklahoma statute.

10.    H&P's written notice of disputes creates a justiciable and actual controversy between the parties that should be resolved by the District Court herein.

## CLAIM FOR RELIEF
### (Declaratory Judgment)

11.    NDL incorporates and adopts paragraph 1 through 10 above and further alleges and states as follows:

12.    The acts and conduct of H&P has created an actual and justiciable controversy and NDL requests that this Court determine the rights, status, and legal relations between the parties herein, and determine the construction and validity of the agreements between the parties herein, and determine the construction and validity of Oklahoma statutes regarding certain charges to H&P's joint account.

13.    Plaintiff is not seeking money damages and, in any event, Plaintiff avers that any amount in controversy is less than $75,000.00.

## PRAYER FOR RELIEF

WHEREFORE, Plaintiff prays that this Court grant Plaintiff declaratory relief finding that NDL's construction of the agreements is valid, that NDL's statutory charges to H&P are valid, together with an award of NDL's costs and attorney fees incurred herein, and for such other relief as this Court finds just and proper.

Respectfully submitted,

Stephen Q. Peters, OBA #11469
BAUM GLASS JAYNE CARWILE & PETERS
Mid-Continent Tower
401 S. Boston Avenue, Suite 2000
Tulsa, Oklahoma 74103
Telephone: (918) 938-7944
Facsimile:  (918) 938-7966
Email:  SPeters@bcjclaw.com
*Attorney for Plaintiff, New Dominion, LLC*

3

OSCN Case Details                                              Page 1 of 5



**OKLAHOMA**
**State Courts Network**

The information on this page is NOT an official record. Do not rely on the correctness or completeness of
this information. Verify all information with the official record keeper. The information contained in this report
is provided in compliance with the Oklahoma Open Records Act, 51 O.S. 24A.1. Use of this information is
governed by this act, as well as other applicable state and federal laws.

### IN THE DISTRICT COURT IN AND FOR <u>TULSA COUNTY</u>, OKLAHOMA

| | |
|---|---|
| NEW DOMINION LLC,<br>    Plaintiff,<br><br>v.<br>H&P INVESTMENTS LLC,<br>    Defendant. | No. CJ-2020-3216<br>(Civil relief more than $10,000: DECLARATORY<br>JUDGMENT)<br><br>Filed: 10/21/2020<br><br>Judge: Civil Docket G |

## PARTIES

H&P INVESTMENTS LLC, Defendant
NEW DOMINION LLC, Plaintiff

## ATTORNEYS

**Attorney**                                    **Represented Parties**
PETERS, STEPHEN Q (Bar #11469)                  NEW DOMINION LLC,
401 S BOSTSON AVE, STE 2000
BAUM GLASS JAYNE & CARWILE
TULSA, OK 74103

## EVENTS

None

## ISSUES

For cases filed before 1/1/2000, ancillary issues may not appear except in the docket.

**EXHIBIT B**

**Issue # 1.**          Issue: DECLARATORY JUDGMENT (DECLARE)
                        Filed By: NEW DOMINION LLC
                        Filed Date: 10/21/2020

                        **Party Name**              **Disposition Information**
                        <u>Defendant:</u>
                        H&P INVESTMENTS LLC

# DOCKET

| Date | Code | Description | Count | Party | Amount |
|------|------|-------------|-------|-------|--------|
| 10-21-2020 | TEXT | CIVIL RELIEF MORE THAN $10,000 INITIAL FILING. | 1 | | |
| 10-21-2020 | DECLARE | DECLARATORY JUDGMENT | | | |
| 10-21-2020 | DMFE | DISPUTE MEDIATION FEE | | | $ 7.00 |
| 10-21-2020 | PFE1 | PETITION Document Available (#1047996480) 📄TIFF  📄PDF | | | $ 163.00 |
| 10-21-2020 | PFE7 | LAW LIBRARY FEE | | | $ 6.00 |
| 10-21-2020 | OCISR | OKLAHOMA COURT INFORMATION SYSTEM REVOLVING FUND | | | $ 25.00 |
| 10-21-2020 | OCJC | OKLAHOMA COUNCIL ON JUDICIAL COMPLAINTS REVOLVING FUND | | | $ 1.55 |
| 10-21-2020 | OCASA | OKLAHOMA COURT APPOINTED SPECIAL ADVOCATES | | | $ 5.00 |
| 10-21-2020 | SSFCHSCPC | SHERIFF'S SERVICE FEE FOR COURTHOUSE SECURITY PER BOARD OF COUNTY COMMISSIONER | | | $ 10.00 |
| 10-21-2020 | CCADMINCSF | COURT CLERK ADMINISTRATIVE FEE ON COURTHOUSE SECURITY PER BOARD OF COUNTY COMMISSIONER | | | $ 1.00 |
| 10-21-2020 | CCADMIN0155 | COURT CLERK ADMINISTRATIVE FEE ON $1.55 COLLECTION | | | $ 0.16 |
| 10-21-2020 | SJFIS | STATE JUDICIAL REVOLVING FUND - INTERPRETER AND TRANSLATOR SERVICES | | | $ 0.45 |

| Date | Code | Description | Count | Party | Amount |
|------|------|-------------|-------|-------|--------|
| 10-21-2020 | DCADMIN155 | DISTRICT COURT ADMINISTRATIVE FEE ON $1.55 COLLECTIONS | | | $ 0.23 |
| 10-21-2020 | DCADMIN05 | DISTRICT COURT ADMINISTRATIVE FEE ON $5 COLLECTIONS | | | $ 0.75 |
| 10-21-2020 | DCADMINCSF | DISTRICT COURT ADMINISTRATIVE FEE ON COURTHOUSE SECURITY PER BOARD OF COUNTY COMMISSIONER | | | $ 1.50 |
| 10-21-2020 | CCRMPF | COURT CLERK'S RECORDS MANAGEMENT AND PRESERVATION FEE | | | $ 10.00 |
| 10-21-2020 | CCADMIN04 | COURT CLERK ADMINISTRATIVE FEE ON COLLECTIONS | | | $ 0.50 |
| 10-21-2020 | LTF | LENGTHY TRIAL FUND | | | $ 10.00 |
| 10-21-2020 | SMF | SUMMONS FEE (CLERKS FEE) | | | $ 10.00 |
| 10-21-2020 | SMIMA | SUMMONS ISSUED - MAILED BY ATTORNEY | | | |
| 10-21-2020 | TEXT | OCIS HAS AUTOMATICALLY ASSIGNED JUDGE CIVIL DOCKET G TO THIS CASE. | | | |

| Date | Code | Description | Count | Party | Amount |
|------|------|-------------|-------|-------|--------|
| 10-21-2020 | ACCOUNT | RECEIPT # 2020-4149232 ON 10/21/2020.<br>PAYOR: BAUM GLASS JAYNE & CARWILE TOTAL AMOUNT PAID: $ 252.14.<br>LINE ITEMS:<br>CJ-2020-3216: $173.00 ON AC01 CLERK FEES.<br>CJ-2020-3216: $6.00 ON AC23 LAW LIBRARY FEE CIVIL AND CRIMINAL.<br>CJ-2020-3216: $1.66 ON AC31 COURT CLERK REVOLVING FUND.<br>CJ-2020-3216: $5.00 ON AC58 OKLAHOMA COURT APPOINTED SPECIAL ADVOCATES.<br>CJ-2020-3216: $1.55 ON AC59 COUNCIL ON JUDICIAL COMPLAINTS REVOLVING FUND.<br>CJ-2020-3216: $7.00 ON AC64 DISPUTE MEDIATION FEES CIVIL ONLY.<br>CJ-2020-3216: $0.45 ON AC65 STATE JUDICIAL REVOLVING FUND, INTERPRETER SVCS.<br>CJ-2020-3216: $2.48 ON AC67 DISTRICT COURT REVOLVING FUND.<br>CJ-2020-3216: $25.00 ON AC79 OCIS REVOLVING FUND.<br>CJ-2020-3216: $10.00 ON AC81 LENGTHY TRIAL FUND.<br>CJ-2020-3216: $10.00 ON AC88 SHERIFF'S SERVICE FEE FOR COURT HOUSE SECURITY.<br>CJ-2020-3216: $10.00 ON AC89 COURT CLERK'S RECORDS MANAGEMENT AND PRESERVATION FEE. | | | |
| 11-05-2020 | S | PARTY HAS BEEN SUCCESSFULLY SERVED. H&P INVESTMENTS LLC /10-30-20<br>Document Available (#1048143063)<br>📄TIFF  📄PDF | | H&P INVESTMENTS LLC | |

OSCN Case Details





## IN THE DISTRICT IN AND FOR TULSA COUNTY
### STATE OF OKLAHOMA

NEW DOMINION, LLC,
an Oklahoma Limited Liability Company,

    Plaintiff,

vs.

H&P INVESTMENTS, LLC,

    Defendant.

)
)
)
)
)
)
)
)
)
)
)

# CJ-2020-03216

## Caroline Wall

Case No.

DISTRICT COURT
**F I L E D**

NOV - 5 2020

DON NEWBERRY, Court Clerk
STATE OF OKLA. TULSA COUNTY

### SUMMONS

To the Above-Named Defendant:

    H&P Investments, LLC
    3535 Grandview Parkway, Suite 315
    Birmingham, Alabama 35243

       You have been sued by the above-named Plaintiff, and you are required to file a written Answer to the attached PETITION in the Court in the above County and at the above address within twenty (20) days after service of this Summons upon you, exclusive of the date of service. Within the same time, a copy of your Answer must be delivered or mailed to the attorney for Plaintiff. Unless you respond to the petition within the time stated, judgment will be rendered against you with costs of the action.

       Issued this 21 day of October, 2020.

*(Seal)*

       Don Newberry, Tulsa County Court Clerk

       by_____, Deputy Court Clerk

       ☐ Certified Mail
       ☐ Sheriff _____ County
       ☐ Special Process Server

Attorney(s) for Plaintiff(s):
Stephen Q. Peters, OBA #11469
BAUM GLASS JAYNE CARWILE & PETERS
401 S. Boston Avenue, Suite 2000
Tulsa, Oklahoma 74103
Telephone: (918) 938-7944

       Appointed to serve.  PSL#_____

This summons was served on ___10/30/20___.

       *Becky Boone*

YOU MAY SEEK THE ADVICE OF AN ATTORNEY ON ANY MATTER CONNECTED WITH THIS SUIT OR YOUR ANSWER. SUCH ATTORNEY SHOULD BE CONSULTED IMMEDIATELY SO THAT AN ANSWER MAY BE FILED WITHIN THE TIME LIMIT STATED IN THE SUMMONS.

**SENDER: COMPLETE THIS SECTION**

- Complete items 1, 2, and 3.
- Print your name and address on the reverse so that we can return the card to you.
- Attach this card to the back of the mailpiece, or on the front if space permits.

1. Article Addressed to:   *Chip Hazelrig*

*H + P Investments, LLC*
*3535 Grandview Parkway*
*Suite 315*
*Birmingham, AL 35243*

9590 9402 5291 9154 7423 26

2. Article Number *(Transfer from service label)*

7019 0700 0001 0239 7244

**COMPLETE THIS SECTION ON DELIVERY**

A. Signature
X _____

☐ Agent
☐ Addressee

B. Received by *(Printed Name)*

C. Date of Delivery

D. Is delivery address different from item 1?   ☐ Yes
If YES, enter delivery address below:   ☐ No

3. Service Type
☐ Adult Signature
☐ Adult Signature Restricted Delivery
☑ Certified Mail®
☐ Certified Mail Restricted Delivery
☐ Collect on Delivery
☐ Collect on Delivery Restricted Delivery
☐ Insured Mail
☐ Insured Mail Restricted Delivery (over $500)

☐ Priority Mail Express®
☐ Registered Mail™
☐ Registered Mail Restricted Delivery
☑ Return Receipt for Merchandise
☐ Signature Confirmation™
☐ Signature Confirmation Restricted Delivery

PS Form 3811, July 2015 PSN 7530-02-000-9053

Domestic Return Receipt

## IN THE UNITED STATES DISTRICT COURT
## FOR THE WESTERN DISTRICT OF OKLAHOMA

| | | |
|---|---|---|
| MATT MEIER, SHERYL MEIER, KAI BACH, on behalf of themselves and all others similarly situated, | § § § § | |
| Plaintiffs, | § § § | |
| v. | § § | Case No. CIV-17-703-D |
| CHESAPEAKE OPERATING L.L.C.; DEVON ENERGY PRODUCTION COMPANY, LP; MIDSTATES PETROLEUM COMPANY LLC; NEW DOMINION, LLC; RANGE PRODUCTION COMPANY, LLC; SPECIAL ENERGY CORPORATION; and WHITE STAR PETROLEUM, LLC, | § § § § § § § § § | |
| Defendants. | § § | |

### DEFENDANT NEW DOMINION, LLC'S DISCLOSURE STATEMENT IDENTIFYING CONSTITUENTS OF LLC

Pursuant to LCvR 7.1.1, the undersigned counsel of record for New Dominion, LLC states that New Dominion, LLC is a limited liability company organized under the laws of the State of Oklahoma and having its principal place of business in the State of Oklahoma. Following is a list of the members of New Dominion, LLC and their respective states of citizenship.

**EXHIBIT C**

| **Member** | **State** |
| --- | --- |
| David J. Chernicky Trust dated February 7, 2005 | Oklahoma |
| Chernico Exploration, Inc. | Oklahoma |

Respectfully submitted,


/s/ Robert G. Gum
Robert G. Gum, OBA No. 3659
April B. Coffin, OBA No. 31965
GUM, PUCKETT & MACKECHNIE, L.L.P.
105 North Hudson, Suite 900
Oklahoma City, Oklahoma  73102
Telephone:  (405) 488-1212
Facsimile:   (405) 488-1216
rggum@gpmlegal.net
abcoffin@gpmlegal.net
*Attorneys for Defendant New Dominion, LLC*


## CERTIFICATE OF SERVICE

The undersigned hereby certifies that all counsel of record who are deemed to have consented to electronic service are being served with a copy of this document via the Court's CM-ECF system on July 13, 2017.


/s/ Robert G. Gum
Robert G. Gum

-2-